UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                                  Case No. 21-cr-20671
                                                              Hon. Matthew F. Leitman

v.

JAMES WILDER, II,

    Defendant.
_____/

## ORDER DENYING WITHOUT PREJUDICE
## REQUEST FOR APPOINTMENT OF COUNSEL (ECF No. 68)

Defendant James Wilder II was tried and convicted of one count of felon in possession of a firearm, 18 U.S.C. § 922(g)(1), and two counts of tampering with a witness. (*See* Am. Judgment, ECF No. 62, PageID.770.) He was sentenced to a term of incarceration of 74 months. (*See id.*, PageID.771.) Wilder now appears to suggest that the United States Supreme Court's decision in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 598 U.S. 1 (2022) may entitle him to relief from his conviction and/or sentence under Section 922(g)(1). (*See* Request, ECF No. 68.) He asks the Court to appoint counsel in this matter. (*See id.*) The Court is not yet persuaded that there is a basis for Wilder's claim nor that appointing counsel is necessary or appropriate at this time. For that reason, Wilder's request for appointment of counsel is **DENIED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

                                                                    s/Matthew F. Leitman
                                                                    MATTHEW F. LEITMAN
Dated: April 7, 2025                           UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 7, 2025, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan  
                                                Case Manager  
                                                (313) 234-5126